# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Eglet, Wall, Christiansen, Eglet, Adams & Ham, LLP

Plaintiff,

V.

Emergency Physicians Medical Group, Inc., et al.,

Defendants.

**AMENDED JUDGMENT IN A CIVIL CASE**

Case Number:

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

Defendant Unite Here Health has a valid lien against Bridgette Baquero's recovery in the amount of $11,884.70. Attorney's fees shall be awarded to Plaintiff at the contracted rate of 40% in the amount of $12,000. Costs shall be awarded to Plaintiff in the amount of $1,391.29. FURTHER ORDERED that $11,884.70 be disbursed to Defendant Unite Here Health and the remaining $5,724.01 be disbursed to Defendant Bridgette Baquero.

Judgment shall be entered in favor of Plaintiff and against the following Defendants:Emergency Physicians Medical Group, Inc., American Medical Response, Inc., Dignity Health dba St. Rose Dominica Hospitals, The Pain Clinic, Inc., and J. Paul Wiesner & Associates Chartered dba Radiology Associates of Nevada.

This matter is Dismissed with prejudice. The prior Order (#36) is WITHDRAWN by the Court and shall be NULL and VOID.

| | |
|---|---|
| June 8, 2015 | /s/ Lance S. Wilson |
| Date | Clerk |
| | /s/ Shelly Denson |
| | (By) Deputy Clerk |